■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD COLEMAN, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February Term, commencing January 30, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying without a hearing appellant's *coram nobis* application. It appears from the motion papers that appellant either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of their contents. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSE JAMES CONKLIN, Appellant.— Motion to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file six typewritten copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. Motion for assignment of counsel granted. Joseph C. Spano, Esquire, 44 West Main St., Middletown, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VERNON DOWLING, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy thereof on the District Attorney. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK EGITTO, Appellant.— Motion by appellant: (a) to vacate order, dated November 27, 1956 granting his motion to withdraw his appeal, upon the consent of the District Attorney; and (b) to reinstate such appeal, to dispense with printing, to enlarge his time to perfect the appeal, and for assignment of counsel. Motion denied. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.